ACCEPTED
06-15-00131-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
11/24/2015 2:49:31 PM
DEBBIE AUTREY
CLERK

## No. 06-15-00131-CR

| | | | |
|---|---|---|---|
| **THE STATE OF TEXAS** | § | **IN THE SIXTH** | |
| | § | | FILED IN |
| **VS.** | § | **COURT OF APPEALS** | 6th COURT OF APPEALS TEXARKANA, TEXAS |
| | § | | 11/24/2015 2:49:31 PM |
| **MELISSA POOL** | § | **SITTING IN TEXARKANA, TX** | DEBBIE AUTREY Clerk |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
11/24/2015 2:49:31 PM
DEBBIE AUTREY
Clerk

### SECOND MOTION FOR EXTENTION OF TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE COURT OF APPEALS:**

MELISSA POOL, Appellant, moves for an extension of THIRTY (30) days in which to file Appellant's Brief, pursuant to Tex. R. App. P. 10.5(b), 38.6(d) and shows:

**I.**

Appellant was convicted on June 30, 2015 and sentenced to 30 days in jail in the County Court at Law No. 2 of McLennan in the STATE vs. MELISSA POOL, Cause No. 2015-0550-CR2, and is currently on bond during the pendency of this appeal. Defendant represented herself at trial pro se. Lead counsel for the state was Aubrey Robertson. Appellant's brief was originally due on November 4, 2015, but an extension was granted for twenty-one (21) days so that the current deadline is November 25, 2015.

The undersigned counsel has had insufficient time to finish the work on this appeal due to a full case load in the practice of trial law and an outstanding court reporter's transcript.

Appellate counsel originally received the trial transcripts on October 20, 2015. In the mid November, Court Reporter Kathy McDaniel notified appellate counsel that there was one additional pretrial transcript that needed to be transcribed. Appellate counsel followed up most recently on November 24, 2015, and the court reporter estimates needing an additional two weeks to complete this transcript. One possible issue on appeal is whether Defendant knowingly and voluntarily waived her right to counsel, and this transcript covers one of the pretrial hearings that would contain relevant information on that issue. Thus more time is needed to obtain the remaining transcript, and adequately research and write the brief, so that the Appellant has fair and effective representation on appeal. Therefore, counsel requests another THIRTY (30) days in which to file the appellate brief.

Further, in response to this Court's local rules and its opinion regarding the most recent request for extension, appellate counsel has been or expects to be involved in the following trials and court appearances since receiving the partial trial transcript, continuing through the proposed extended deadline:

- October 13, 2015 – State v. Eishmael Ashford – cause no. 38230, 2 day trial, completed October 14, 2015

- November 16, 2015 – State v. Julio Velasquez – cause no. CR 14977, 2 day trial which was completed on November 17, 2015.

- December 1, 2015 – State v. Jennifer Rousey – cause no. 2014-0534-C1, 2 day trial, if reached

- December 7, 2015 – State v. Anthony Paschall (2015-1177-C2, 2 days if reached), State v. Juan Gonzales (2015-0650-C2, 3 days if reached), State v. Timothy Palladino (2015-1176-C2, 2 days if reached), State v. Jimmy Hubbard (2015-2338-CR2, 2 days, priority setting)

- December 14, 2015 – State v. Alejandro Bernal (2015-0780-C2, 2 days if reached), State v. Kevin Jordan (2015-2045-C2, 2015-1146-C2, 2015-1317-C2, 2-5 days if reached, depending on which case is tried), State v. Victorio Flores (2015-1223-C2, 4-5 days if reached)

- Appellate counsel will be on vacation during the following times:

  - November 25-November 29 2015

  - December 24-December 27 2015

  - Appellate counsel's father-in-law was given an expected 30-90 days to live on November 10, 2015, and if deceases before the appeal deadline, that situation would require additional vacation time in the form of the funeral trip and of probate proceedings, the latter of which will be required expediently (and which are being handled entirely by appellate counsel) to complete a pending house sale.

    - Appellate counsel has taken three vacation days in regards to the above situation in the last two weeks, and will take other as-yet-unplanned vacation days, likely an additional 4-5 vacation days before the expiration of the proposed deadline.

**II**.

The additional time request is not sought solely for delay, nor sought frivolously, but will be of genuine assistance to Appellant's attorney in preparing Appellant's brief. This is the first extension sought.

**III.**

The undersigned attorney spoke with the attorney for the State on appeal, Gabriel Price, on November 24, 2015 and he does not oppose this Motion.

WHEREFORE, Appellant prays that the Court grant this Motion and modify and extend the deadline for filing Appellant's brief to December 28, 2015.

Respectfully submitted,

_____/s/ Christopher L King_____

**Christopher L King**
State Bar No. 24088864
One Liberty Place
100 N. 6th Street, Suite 902
Waco, Texas 76701
*Phone (254) 717-8600*
*Fax (254) 313-3200*

## CERTIFICATE OF CONFERENCE

The undersigned attorney spoke with the attorney for the State on appeal, Gabriel Price, and he does not oppose this Motion.

_____/s/ Christopher L King_____
Christopher L King

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been sent via Electronic Mail to Abel Reyna, Criminal District Attorney for McLennan County, on November 24, 2015.

_____/s/ Christopher L King_____

**Christopher L King**
State Bar No. 24088864
One Liberty Place
100 N. 6th Street, Suite 902
Waco, Texas 76701
*Phone (254) 717-8600*
*Fax (254) 313-3200*